◆AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED
MAY - 5 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

## UNITED STATES DISTRICT COURT

__EASTERN__ District of __VIRGINIA__

Chantay Y. Kennedy

Alexandria Division

V.

PHARMACIA CORPORATION AND
PFIZER, INC.

### SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:08 CV436
LO/TRJ

TO: (Name and address of Defendant)

PHARMACIA CORPORATION
100 ROUTE 206
NORTH PEAPACK, NJ 07977

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL J. MILLER, ESQ.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

_____     _____
CLERK                            DATE

_____
(By) DEPUTY CLERK

COPY  COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __VIRGINIA__

Alexandria Division

Chantay Y. Kennedy

V.

PHARMACIA CORPORATION AND
PFIZER, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:08CV436
LO/TRJ

TO: (Name and address of Defendant)

PFIZER, INC.
235 EAST 42ND STREET
NEW YORK, NEW YORK 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL J. MILLER, ESQ.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

CLERK                                                              DATE

(By) DEPUTY CLERK

RECEIVED MAY 2008 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VA