# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

CASE NO.: 1:08CV436 LO/TRJ
Date Filed: 00/00/0000

## AFFIDAVIT OF SERVICE

**Chantay Y. Kennedy**

    Plaintiff/Petitioner,

vs.

**Pharmacia Corporation and Pfizer, Inc.**

    Defendant/Respondent.
_____/

---

STATE OF NEW JERSEY
COUNTY OF SOMERSET    ss.

I, James Swickle, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On **06/23/2008** at **02:20 PM**, I served the within **SUMMONS; CIVIL COVER SHEET; COMPLAINT & JURY DEMAND; ELECTRONIC CASE FILING; NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION** on **Pharmacia Corporation** at **100 Route 206, North Peapack, NJ 07977** in the manner indicated below:

By delivering a true copy of this process to **Kristine McKowen, Legal Assistant** of the above named corporation and informing him/her of the contents.

Description of person served:
Sex: Female – Age: 50's – Skin: White – Hair: Black – Height: 5'6 – Weight: 170

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this 23 day of June, 2008 by an affiant who is personally known to me or produced identification.

_Maria Weingartner_
NOTARY PUBLIC
MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2013

X _____
James Swickle - Process Server
Process Service Direct
21520 Yorba Linda Blvd., Suite G452
Yorba Linda, CA 92887
866-534-6612

Atty File#:    - Our File# 12372

# The Miller Firm LLC
### TRIAL LAWYERS

Michael J. Miller – VA, MD, DC, PA
Christopher A. Gomez – PA, VA
Gary A. Godard – VA, MD, DC
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
Peter A. Miller – VA
Michele A. DiMartino – PA, NJ
David C. Andersen – DC, CA
David J. Dickens – VA
Kristina M. Gigstad – DC, MN
Brandon Evans – NC

The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960
Marcia DePalmo Swartz, R.N., MFS
Jennifer Miller, R.N.
Nancy Leftwich, R.N.
Website: doctoratlaw.com
Telephone: (540) 672-4224
(800) 882-2525
Facsimile: (540) 672-3055

*Of Counsel*
Nancy Guy Armstrong – MS

July 17, 2008

Albert V. Bryan, Clerk
US District Court, Eastern
  District of VA, Alexandria Division
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

      Re:    Chantay Y. Kennedy v. Pharmacia Corporation and Pfizer, Inc.
             Case No.: 1:08CV 436 LO/TRJ

Dear Mr. Bryan:

    Enclosed please find the proof of service on Pharmacia Corporation and Pfizer, Inc. in connection with the above matter for filing in connection with the above matter.

                              Very truly yours,

                              THE MILLER FIRM, LLC

                              Richard M. Mayer,
                              Paralegal to Michael J. Miller

:rmm
Enclosure

---

Pennsylvania Office: 555 E. City Avenue, Suite 910, Bala Cynwyd, Pennsylvania 19004 · Telephone: 610.660.0622 · Facsimile: 610.660.0628