From: PS Direct    Page: 1/1    Date: 7/18/2008 4:52:07 PM
7/18/2008 1:57 PM FROM: PS Direct PS DIRECT TO: 1 540 6723055 PAGE: 001 OF 001
07/05/2008 15:54 2124817057 SIMON KAHN PAGE 01
7/18/2008 12:13 PM FROM: PS Direct PS DIRECT TO: 1 212 4817057 PAGE: 002 OF 003

2 4

## AFFIDAVIT OF SERVICE

State of Virginia         County of Alexandria (City)         United States District Court Court

Case Number: 1.08CV438 LO/TRJ

Plaintiff:
**HANTAY Y. KENNEDY**

v.

Defendant:
**PHARMACIA CORPORATION AND PFIZER, INC.**

For:
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960

Received by Priority Service Direct to be served on Pfizer Inc, 235 East 42nd St, New York, NY 10017.

Simon Kahn, being duly sworn, depose and say that on the 23rd day of June, 2008 at 2:10 pm, I:

served a CORPORATION by delivering a true copy of the Summons and Complaint with the date and hour of service endorsed thereon by me, to: Terrance McGann as Lawyer for Pfizer Inc, at the address of: 235 East 2nd St, New York, NY 10017, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 26th day
of June, 2008 by the affiant who proved to me on the
basis of satisfactory evidence to be the person who
appear before me.

Simon Kahn
Process Server

NOTARY PUBLIC

Priority Service Direct
21520 Yorba Linda Blvd
# G452
Yorba Linda, CA 92887
(866) 634-6612
Our Job Serial Number: 2008000492

JULIO AVALOS
Notary Public, State of New York
No. 01AV4708399
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Feb. 28, 2011

# The Miller Firm LLC
**TRIAL LAWYERS**

Michael J. Miller – VA, MD, DC, PA
Christopher A. Gomez – PA, VA
Gary A. Godard – VA, MD, DC
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
Peter A. Miller – VA
Michele A. DiMartino – PA, NJ
David C. Andersen – DC, CA
David J. Dickens – VA
Kristina M. Gigstad – DC, MN
Brandon Evans – NC

The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960
Marcia DePalmo Swartz, R.N., MFS
Jennifer Miller, R.N.
Nancy Leftwich, R.N.
Website: doctoratlaw.com
Telephone: (540) 672-4224
(800) 882-2525
Facsimile: (540) 672-3055

*Of Counsel*
Nancy Guy Armstrong – MS

July 17, 2008

Albert V. Bryan, Clerk
US District Court, Eastern
  District of VA, Alexandria Division
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:   Chantay Y. Kennedy v. Pharmacia Corporation and Pfizer, Inc.
      Case No.: 1:08CV 436 LO/TRJ

Dear Mr. Bryan:

Enclosed please find the proof of service on Pharmacia Corporation and Pfizer, Inc. in connection with the above matter for filing in connection with the above matter.

Very truly yours,

THE MILLER FIRM, LLC

Richard M. Mayer,
Paralegal to Michael J. Miller

:rmm
Enclosure