UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CHANTAY Y. KENNEDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> PHARMACIA CORPORATION, *et al.* ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 1:08CV436 LO/TRJ |

CONSENT MOTION FOR LEAVE TO FILE
LATE RESPONSIVE PLEADING TO COMPLAINT

Defendants Pfizer Inc. and Pharmacia Corporation, collectively referred to as the "Defendants," by their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 7(F), respectfully request an extension of time in which to respond to Plaintiff Chantay Kennedy's ("Plaintiff") Complaint. In support hereof, Defendants respectfully refer this Court to the attached Memorandum.

Respectfully submitted,

*/s/ Michelle L. Schaefer*
Michelle L. Schaefer
VA Bar No. 47379
DLA Piper US LLP
500 8th Street
Washington, DC 20004
Telephone: (202) 799-4533
Fax:         (202) 799-5533

Counsel for Defendants Pfizer Inc. and Pharmacia Corporation

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CHANTAY Y. KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:08CV436 LO/TRJ |
| | ) |
| PHARMACIA CORPORATION, *et al.* | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM IN SUPPORT OF CONSENT MOTION
## FOR LEAVE TO FILE LATE RESPONSIVE PLEADING TO COMPLAINT

Defendants Pfizer Inc. and Pharmacia Corporation, collectively referred to as the "Defendants," by their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 7(F), respectfully request an extension of time in which to respond to Plaintiff Chantay Kennedy's ("Plaintiff") Complaint. In support hereof, Defendants state as follows:

1. Defendants' response to the Complaint was due on or before July 14, 2008.

2. The parties are currently participating in a program that explores potential settlement.

3. Plaintiff has agreed to grant Defendants an additional 45 days to respond to the Complaint making the response due on or before August 28, 2008.

4. Fed. R. Civ. Pro. 6(b) grants this Court the discretion to extend the time allowed for filing pleadings. Such discretion should be granted in this case because a late filing has not resulted in any unfair prejudice to the Plaintiff and because Plaintiff consents to the requested extension.

5. Defendants request that the Court grant them leave to file a response to the Complaint on or before August 28, 2008.

WHEREFORE, the Consent Motion for Leave to File Late Responsive Pleading should be granted.

Respectfully submitted,

*[signature]*

Michelle Schaefer
VA Bar No. 47379
DLA Piper US LLP
500 8th Street
Washington, DC 20004
Telephone: (202) 799-4533
Fax:            (202) 799-5533

Counsel for Defendants Pfizer Inc. and Pharmacia Corporation

UNITED STATE DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| CHANTAY Y. KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08CV436 LO/TRJ |
| | ) | |
| | ) | |
| PHARMACIA CORPORATION, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER

Upon consideration of the Consent Motion for Leave to File Late Responsive Pleading to Complaint and for good cause shown, it is on this _____ day of July 2008,

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that Defendants shall have leave to file a late responsive pleading, and it is further

ORDERED, that the responsive pleading shall be due on or before August 28, 2008.

SO ORDERED.

                                                               _____
                                                               United States District Court Judge

WE ASK FOR THIS:

_____
Michelle Schaefer
VA Bar No. 47379
DLA Piper US LLP
500 8th Street
Washington, DC 20004
Telephone: (202) 799-4533
Fax:        (202) 799-5533

Counsel for Defendants Pfizer Inc. and Pharmacia




SEEN AND AGREED:

_____
Michael J. Miller
VA Bar No. 47379
Peter A Miller
VA Bar No. 47379
The Miller Firm
108 Railroad Ave.
Orange, VA 22960
Ph: (540) 672-4224
Fx: (703) 672-3055

Counsel for Plaintiff Chantay Kennedy

WASHI\4855579.1