UNITED STATE DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CHANTAY Y. KENNEDY, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PHARMACIA CORPORATION, *et al.* )<br>)<br>      Defendants. ) | CIVIL ACTION NO. 1:08CV436 LO/TRJ |

### AGREED ORDER

Upon consideration of the Consent Motion for Leave to File Late Responsive Pleading to Complaint and for good cause shown, it is on this _____ day of July 2008,

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that Defendants shall have leave to file a late responsive pleading, and it is further

ORDERED, that the responsive pleading shall be due on or before August 28, 2008.

SO ORDERED.

August 6, 2008

_____
United States District Court Judge
Liam O'Grady
United States District Judge

WE ASK FOR THIS:

_____
Michelle Schaefer
VA Bar No. 47379
DLA Piper US LLP
500 8th Street
Washington, DC 20004
Telephone: (202) 799-4533
Fax:       (202) 799-5533

Counsel for Defendants Pfizer Inc. and Pharmacia




SEEN AND AGREED:

_____
Michael J. Miller
VA Bar No. 47379
Peter A Miller
VA Bar No. 47379
The Miller Firm
108 Railroad Ave.
Orange, VA 22960
Ph: (540) 672-4224
Fx: (703) 672-3055

Counsel for Plaintiff Chantay Kennedy

2