UNITED STATE DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

F I L E D
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| CHANTAY Y. KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08CV436 LO/TRJ |
| ) | |
| ) | |
| PHARMACIA CORPORATION, *et al.* ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER

Upon consideration of the Consent Motion for Leave to File Late Responsive Pleading to Complaint and for good cause shown, it is on this 7th day of August 2008,

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that Defendants shall have leave to file a late responsive pleading, and it is further

ORDERED, that the responsive pleading shall be due on or before August 28, 2008.

SO ORDERED.

／s／
John F. Anderson
United States Magistrate Judge

WE ASK FOR THIS:

_____
Michelle Schaefer
VA Bar No. 47379
DLA Piper US LLP
500 8th Street
Washington, DC 20004
Telephone: (202) 799-4533
Fax:        (202) 799-5533

Counsel for Defendants Pfizer Inc. and Pharmacia

SEEN AND AGREED:

_____
Michael J. Miller
VA Bar No. 47379
Peter A Miller
VA Bar No. 47379
The Miller Firm
108 Railroad Ave.
Orange, VA 22960
Ph: (540) 672-4224
Fx: (703) 672-3055

Counsel for Plaintiff Chantay Kennedy

2