# U.S. District Court
## Eastern District of Virginia (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:08−cv−00436−LO−TRJ

| | |
|---|---|
| Kennedy v. Pharmacia Corporation et al | Date Filed: 05/05/2008 |
| Assigned to: District Judge Liam O'Grady | Date Terminated: 08/11/2008 |
| Referred to: Magistrate Judge Thomas Rawles Jones, Jr | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question: Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Chantay Y. Kennedy**     represented by     **Michael J. Miller**
The Miller Firm LLC
108 Railroad Ave.
Orange, VA 22960
540−672−4224
Fax: 540−672−3055
Email: miller809@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**     represented by     **Michelle Loser Schaefer**
DLA Piper Rudnick Gray Cary
1200 19th St NW
Washington, DC 20036−2412
(202) 861−3900
Email: michelle.schaefer@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer, Inc.**     represented by     **Michelle Loser Schaefer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2008 | 1 | COMPLAINT against Pharmacia Corporation, Pfizer, Inc. ( Filing fee $ 350 receipt number 100008402.), filed by Chantay Y. Kennedy. (Attachments: # 1 Receipt, # 2 Letter, # 3 Civil Cover Sheet)(jcor, ) (Entered: 05/12/2008) |
| 05/12/2008 | 2 | Summons Issued as to Pharmacia Corporation, Pfizer, Inc. To be served by private process server. (jcor, ) (Entered: 05/12/2008) |
| 07/24/2008 | 3 | AFFIDAVIT of Service for Summons Returned Executed as to Pharmacia Corporation served on 6/23/2008, answer due 7/14/2008. (Attachments: # 1 Letter)(tfitz, ) (Entered: 07/25/2008) |
| 07/24/2008 | 4 | AFFIDAVIT of Service for SUMMONS Returned Executed as to Pfizer, Inc. served on 6/23/2008, |

| | | |
|---|---|---|
| | | answer due 7/14/2008. (Attachments: # 1 Letter)(tfitz, ) (Entered: 07/25/2008) |
| 08/06/2008 | Ï 5 | CONSENT MOTION for Extension of Time to File Answer re 1 Complaint by Pharmacia Corporation, Pfizer, Inc.. (Attachments: # 1 Proposed Order)(Schaefer, Michelle) Modified on 8/7/2008 to edit text (klau, ). (Entered: 08/06/2008) |
| 08/06/2008 | Ï 6 | ORDER that 5 Consent Motion for Extension of Time to Answer is GRANTED. ORDERED, that Defendants shall have leave to file a late responsive pleading. ORDERED, that the responsive pleading shall be due on or before August 28, 2008. Signed by District Judge Liam O'Grady on 8/6/08. (klau, ) (Entered: 08/07/2008) |
| 08/07/2008 | Ï | Notice of Correction re 5 MOTION for Extension of Time to File Answer re 1 Complaint, The filing user has been notified to file the MEMORANDUM IN SUPPORT separately. The filing user has been notified to file future documents with the correct signature block as well.(klau, ) (Entered: 08/07/2008) |
| 08/07/2008 | Ï 7 | AGREED ORDER re 5 MOTION for Extension of Time to File Answer re 1 Complaint filed by Pharmacia Corporation, Pfizer, Inc. ORDERED that the motion is GRANTED. ORDERED that Defendants shall have leave to file a late responsive pleading. ORDERED that the responsive pleading shall be due on or before August 28, 2008. Signed by Magistrate Judge John F. Anderson on 8/7/08. (klau, ) (Entered: 08/08/2008) |
| 08/11/2008 | Ï 8 | Conditional Transfer Order from the United States Judicial Panel on Multidistrict Litigation. (rban, ) (Entered: 08/11/2008) |
| 08/11/2008 | Ï | Case electronically transferred to Northern District of California, San Francisco Division. (rban, ) (Entered: 08/11/2008) |