Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
108 Railroad Ave.
Orange VA 22960
Telephone: (540)-672-4224
Facsimile: (540)-672-3055

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHANTAY KENNEDY,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORP. and PFIZER INC..<br><br>Defendants. | Docket No.: 3:08-cv-03862-CRB<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** by all parties in this matter, pursuant to *Fed. R. Civ Pro. 41 (a)*, as follows:

1. All claims in this matter against Defendants Pfizer Inc., Pharmacia Corporation, and any related corporate entities included but not limited to Pharmacia & Upjohn LLC f/k/a Pharmacia and Upjohn, Inc. and G.D. Searle LLC f/k/a G.D. Searle & Co., are voluntarily dismissed with prejudice and without costs;

2. Each party shall bear its own attorneys fees and costs.

The following counsel represent that they have the authority of each of their respective client parties to enter into this Stipulation on their behalf.

The Miller Firm, LLC
108 Railroad Ave.
Orange VA 22960
Attorneys for Plaintiff

By: David C. Andersen           DATED: 8-31-09
David C. Andersen, Esq.


Loren H. Brown, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Ph: (212) 335-4846
Attorney for Defendants

By: /s/ Loren Brown             DATED: January 4, 2010
    Loren Brown, Esq.

IT IS SO ORDERED

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
JAN 19 2010